UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SARA BILLS,

        Plaintiff,

    v.                                  Case No. 21-C-123

PENNANT GROUP, INC., et al.,

        Defendants.

## NOTICE

Notice is hereby given that the court will dismiss this action 21 days from the date of this notice pursuant to Civil L.R. 41(a) (E.D. Wis.), which rule provides that:

> When the plaintiff has not effected service of process within the time required by Fed. R. Civ. P. 4(m), and the defendant has not waived service, under rule 4(d), after 21 days' notice to the attorney of record for the plaintiff, or the plaintiff if pro se, the Court may enter an order dismissing the action without prejudice.

This action was filed on January 29, 2021. More than 90 days have passed since the filing of this action and no proof of service has been filed with the Court. If the parties are attempting to informally resolve the case or, for other reasons, need an extension of time, they should notify the court.

Dated at Green Bay, Wisconsin on June 4, 2021.

                                                    s/ William C. Griesbach
                                                    WILLIAM C. GRIESBACH
                                                    United States District Judge