UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

SARA BILLS,
on behalf of herself and
all others similarly situated,

       Plaintiff,                                  Case No. 21-cv-123

      v.

PENNANT GROUP, INC., *et. al.*

       Defendants

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Sara Bills, hereby stipulates pursuant to FED. R. CIV. P. 41(a)(1)(A)(i) that this matter may be dismissed without prejudice and without costs to either party.

Dated: June 9, 2021            By: *s/ Scott S. Luzi*
                                         Scott S. Luzi, SBN 1067405
                                         Walcheske & Luzi, LLC
                                         235 N. Executive Drive, Suite 240
                                         Brookfield, Wisconsin 53005
                                         Telephone: (262) 780-1953
                                         Email: sluzi@walcheskeluzi.com

                                         *Attorneys for Plaintiff*